# EXHIBIT A

# U.S. DEPARTMENT OF LABOR



**WAGE AND HOUR DIVISION**
167 North Main Street, Room 484
Memphis, TN 38103
(901) 969-8930
(901) 969-8930 (Fax)

February 17, 2016

No Place Like Home
354 New Byhalia
Collierville, TN 38017

This is to officially advise you that your establishment has been scheduled for an investigation to determine compliance with the Fair Labor Standards Act (FLSA).

The authority for making investigations under the FLSA is contained in Section 11 of the Act. During the initial phase of the investigation, I will need to meet with you or your representative and will need to examine certain records to determine compliance. In order to avoid any delay and possible misunderstanding as to what records are needed; I have listed below the records we most often examine. We will need the following records relating to all employees, present and former, employed for the last two years beginning with the last completed payroll. The law states that employers are required to have this information available within 72 hours of the time that it is requested, if the records are kept off-site. Also, as part of the investigation a sampling of the employees will be interviewed.

Please have available the following:

- Legal name of company or companies and officers or owners names of each location.
- Owners of the company and the amount of ownership
- Gross dollar volume sales of all locations for the last three years for enterprise.
- A photo copy to retain for my file of your last completed payroll.
- Federal Employer Identification Number
- Time cards/Time sheets for the last three years.
- Weekly payroll records that will show gross pay, deductions and hours worked last three years.
- Rate of pay, including bonus pay, and commission pay, if applicable, for all employees last three years.
- List of all salaried employees and job descriptions.
- Names, addresses, phone numbers, occupations, employment period of each employee working within the past three years.
- Names and dates of birth of employees under age 19 last three years.
- List of Independent contractors within the past three years.
- Pay records and hours worked records for independent contractors last three years.
- Family & Medical Leave Act Policy and form
- Duns Number (Dunn Bradstreet) and Cage Number

If other information is needed, we will discuss during the investigation. I am hopeful that we can conclude this investigation in our normal manner. If you have any questions, please give me a call at (901) 969-8930 or (404) 734-7749.

Sincerely,

Tony Noble
Wage Hour Investigator